I am Writing on Judge Pratt. And - 2 other Judges in 3 Cops

-1. Lawyer    All in Wayne Co Wva  272-6578

DEC - 5 2008

TERESA L. D_____ CLERK
U.S. Dist _____
Southern District

? CA 3:08-1396

? DAVID BRUCE ADKINS V. JUDGE PRATT, ET AL    12-3-08

I am Writing you on Wayne Co. Judges a 3 Cops 1 Lawyer, yes I do get Alot to Tell on the Courts - So much more And Also The F.B.I Jeff long Have Try For 10 years to get them - they got 1. Judge now they are Still - 3 More yes I Can Prove it with the Books at the Court. Them - the - 3. Judges - I do no it on All of them to And I do got alot to Tell you on them All a Can Show it on it to. I do no Judge Darell Pratt is in on a Real Big Ring at on Hot thing pot. Coke a Rat Pills a So much more → look I Can get bys From them I Can get you in to get them - I Was Told if I did not Still For them a would go to Jail a Prison. For not doing So on it ok. I do no they Ake B.E. the door a place to get things For them to Sell they All get Yz of it to And more, I do no

* A. Man did Die For going to Court For one Judge in Wayne Co I do no were thay do # Take the Hot things to that is Hot a the Drugs a Box. Box → Jeff long F.B. I - 1-304. 525-4741 did See a Letter that my man Lawyer did Write to me Told me I will have Sex with him or go to Jail - Judge Pratt Told me if I did not have Sex a Still a Robbed For them a Sell Drugs I Would go to Prison For not doin So on it All → is Jeff long on - of them I do not no b I do not Trust him Because he did no All of this Because he Come to me, And 30 names Was going to Him and he would not do his Job - Win he did have the mail in his hends From them at Wayen Wayne Co.

* I do no My Sister a girl is Having Sex With Judge Pratt Pratt. a Stilling a Seling Drugs For him a the other yo She is Living with one of the Cops in Wayne Co. to on this ok.
I will Tell you This thay got a Baby girl off of the Computer She was 2.4 years old And She is up For Sall Also And So much More will be Told on it to the

I Want to Put Them all in Jail I Can Show This on All of To Fue two on Aloe Show two or more This is For to Put Judge I Want to Put Judge a Jail I have See To Prove me have it With in my Court

Att.n⟹ Othea do not Care, I Can get you in to met them &
get you by's a Toke you to the Cave lot wea-they
put the hot Cave & TI.— they put 8-States on this took.
Jam in Jail fea Shoting up my x wife mom hom—
with A B.B.gun— it was Deep then partt Told me if
I did not Still & Robbed Foa them I would go te Jail
Jeff long - F.B.I do no All of this to ok & moae it need
to be Stop — I did not de it I was on the phone
with Jeff long I got my Bill to ok, he would not
put a Stop to it at All.

* * my x wife Dad did Kill a K.d Foa his Coat in huntington
wva and got by with it All, they did not no it was
him at All. — But partt no it & moae ⟹ My x wife
Randy A Adkins was in an A Kiling in huntington on a
gibson gal and got by with that they did not no it was
hea at All & I was Told I would be Kill Just Just
Like the othea men did it to And they got by with it
on man was Kill & Foa not Stilling Foa th-m & So much
moae

⟶ my mom was in bed Dieing the Judge & Cop's Come te hea
Home And Told us All if I did not Still & Robbed Foa them
I would ge te Jail Foa not doing So ok, they would
not give me no-D.U.P on my x wife - Because I
would not Kill & Still & Robbed Foa them All.
But they give the x one D.U.P on me & hea mom
I do no my x wife is having Sex with th- Judge
And So much moae & my Sistea & hea giel and my
x wife mom to ok. I do no my x wife mom
And Dad Robbed n place up in New york ok And
got Real Big money to Big money

They Are Arson on this to ot. *** Mona the you coul
No n More.

All Hot out of State n in State

old money
old Cars
old TJ.
Big - TJs
Big - Bus you Sleep ...
1 girl - 2-4 years old
parking's old
things From Cars n TJk.
new Cars n TJk.
guns old n new
out Side thing you work with.
in Side thing you work with
money off of the Computer Bad money
Money good money in Box n Box
pill plot of it in Box n Box
pot in Box n Box q Bag's of it
Coke in Box n Bay of it
Rock in Box n Box of it
2 plant's Fox Sell n little
Ring's and other thing you put on.

is F.B.I
Jeff long - on
of them ?
1-304-525-4341

3- Judge -
3- Cop's -
1 - Lawyer
1 - Prosecuting

And 60 n 80 other
yes it is all going to
Wayne Co. K.Y. ohio
But they put Sting From
8- Other State's
For it to n maybe m

This is A
Big Ring Jon n
n price of

I go to Court 1-12-09 ot in wayne Co

**** I go to Court on 1-12-09 And if you will
Come to See me I Need to Talk to Som-on
I will not Lie n Toke up Fox them no more
I got Family in this n X. Family I can get you
Bys I can get you to met them all to on this
Help me please

3:

Judge Pratt got A lot of hot guns And So much more to I do no were thay Keep the hot things At I do no I Can get you in to met them & get you bys off of them to. → B.E. to home & place & Cars T.V. Big This out side thing you work with & more

I do go to Court on 1-12-09 for Somthing I was Set up on by all of them to as my Family or & Family I want to put them all in Jail for want thay did do to me And my Family I Lost my Family Because of Prat. Judy My mom did die I want them in Jail for the hall thay put her in & more. I do no he did pay to Stay in offic win A Judge Tels you to Still & Robbed & Kill for them it is not write at All — They got box & box of Drugs to & Money Dise on this. I Need A Lawyer & And Judge to So thay will not get me Kill Like thay told me ok. win you Still Some one Kid that is not work at all ok. thay got papers for her to give to you if you by her & that is A Baby girl look thay put 60-80 people in this Ring going on to thay need to be Stop on this to People Die & people got Robbed & Still From he is a Jdge ok. my Life is in his hands please help me please I will Tell you the things thay got ok. Bout Side yes I do no This is A Big Ring going on to the Judge get 1/2 of it to cur it all & bys the hot things to And Tels were to get the hot thing From to ok. I want Judge Pratt in Jail over doing my Life this way. Thank you.

David Bruce Adkins ooo-111-6266
one·O·Hanlon, Place, Jail
Barboursville, WVA 25504

C.C. Adkins

5=

I do no the pill & pot & Coke & Rock is Coming
From Florida And Alot of the hot things to ok.
And they Are 8-States in this And it is Real Big
to. I Can get you by & get you All in to met them
to get you in the Door on it all & I Can get it
on Tope For you All.
The F.B.I is Looking For 2 men Come From there
to And they Are in on This to also ok.
I only No a No were they Take All of it to
2 of the men Comes in on plans Little ok And they
got Bod & Dot of it to Darull Prorett Judge bays on
it All & Selli it to And if you do Not help me
he will Set you up. I do No I Can get you
in to met them to on it All. — ① F.B.I Jeff
Long. 1-304-525-4741 — d.d no Alot to And he Came
to me And Ask me But he did No it to & more
I did give him 30 Name But look they Are 60-50
people people in ths — they get Kdi to up For
Sell that they did Still out of State
I Can get you help & get you in the Door Also
And get photo's of that Baby Girl Girl ok
They Are 8-State on this to ok. & more ok
I Can get you All in the Door & get you All to
met them & go to there homes to put a Stop
to it All ok. I will go to Court on them All
And Show You want they do go to.
Att.n I Want to put A Stop to Him ok.

David Bruce Adkins 000-111-6364-B-4-16
One. O'Henton. Place. Jail
Barbowsville WVa 25504

THIS PERSON IS AN INMATE
OF WESTERN REGIONAL JAIL

AH.2
12-5-08

HUNTINGTON WV 255
04 DEC 2008 PM 2

United States Courthouse
P.O. Box 2546
Charleston. WVa

25329+2546

25329

USA 42